IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>AMAZON WEB SERVICES, INC.,<br><br>    Defendants. | Case No. 2:24-cv-00542<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND CONTENTION DEADLINES**

On October 23, 2024, the Court set the scheduling conference for this case to be held on November 7, 2024.  Dkt. 23.  The Court's order currently sets the deadlines for P.R. 3-1 and 3-2 (Infringement Contentions), on the one hand, and P.R. 3-3 and 3-4 (Invalidity Contentions) and Subject-Matter Eligibility Contentions, on the other hand, for 2 weeks before and 6 weeks after the scheduling conference, which are October 24, 2024 and December 19, 2024, respectively.  These are not deadlines that are set as mandatory.

The parties have conferred and, to accommodate scheduling conflicts of the parties, agreed to extend the Plaintiff's Infringement Contentions deadline to November 14, 2024 and Defendants' Invalidity and Subject-Matter Eligibility Contentions to January 16, 2025.  No other dates are affected.  The parties respectfully request that the Court grant this extension.

| | |
|---|---|
| Date:  October 24, 2024 | */s/ Jennifer Truelove*<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby<br>(*pro hac vice* to be filed)<br>jsheasby@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Andrew Choung<br>(admitted in E.D. Texas)<br>achoung@nixonpeabody.com<br>Jennifer Hayes<br>(admitted *Pro Hac Vice*) |

jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

*Attorneys for Plaintiff KAIFI LLC*
*/s/ Christina V. Rayburn*
Deron R. Dacus
The Dacus Firm PC
ddacus@dacusfirm.com
821 ESE Loop 323
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

Christina V. Rayburn
crayburn@hueston.com
Neil G. Anderson
nanderson@hueston.com
Thomas B. King
tking@hueston.com
Christine M. Woodin
cwoodin@hueston.com
Hueston Hennigan, LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc.*

## CERTIFICATE OF CONFERENCE

On October 23, 2024, counsel for Plaintiff and counsel for Defendants conferred pursuant to Local Rule CV-7. The Parties are in agreement and are seeking joint relief.

*/s/ Jennifer Truelove*
Jennifer Truelove

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on October 24, 2024, pursuant to Local Rule CV-5(a) and has been served on all counsel via the Courts CM/ECF system.

*/s/ Jennifer Truelove*
Jennifer Truelove
