## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> AMAZON.COM, INC.; <br> AMAZON.COM SERVICES LLC; and <br> AMAZON WEB SERVICES, INC., <br><br>     Defendants. | Case No. 2:24-cv-00542 <br><br> JURY TRIAL DEMANDED |

**ORDER**

Before the Court is the Joint Motion to Extend Contention Deadlines.  Having considered the Motion, the Court finds that the Motion is hereby GRANTED.

**IT IS SO ORDERED.**