UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; AMAZON.COM SERVICES LLC; and AMAZON WEB SERVICES, INC.,<br><br>    Defendants. | Case No. 2:24-cv-00542<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 & 3-4 (INVALIDITY CONTENTIONS)

Defendants Amazon.com, Inc. and Amazon Technologies, Inc. hereby file this Notice of Compliance that they served Invalidity Contentions pursuant to paragraph seven (7) of the Discovery Order to all counsel of record via FTP link on January 16, 2025.

Dated: January 17, 2025

Respectfully submitted,

HUESTON HENNIGAN LLP

By: /s/ Thomas King
Christy V. Rayburn (lead counsel)
Neil G. Anderson
Thomas B. King
Karen L. Younkins
Christine Woodin
HUESTON HENNIGAN LLP
620 Newport Center Drive, Ste. 1300
Newport Beach, California 92660
Telephone: 949-287-5940
Facsimile: 888-866-4825
crayburn@hueston.com
nanderson@hueston.com
tking@hueston.com
kyounkins@hueston.com
cwoodin@hueston.com

- 2 -

                                                        Deron R. Dacus
                                                        The Dacus Law Firm PC
                                                        ddacus@dacusfirm.com
                                                        821 ESE Loop 323
                                                        Tyler, TX 75701
                                                        Telephone: 903-705-1117
                                                        Facsimile: 903-581-2543

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Cour's CM/ECF system per Local Rule CV-5(a)(3) on this 17th day of January, 2025.

                                              /s/ Thomas King
                                              Thomas B. King