**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| KAIFI LLC, | |
| Plaintiff, | |
| v. | Case No. 2:24-CV-00542-JRG |
| AMAZON.COM, INC.; | JURY TRIAL DEMANDED |
| AMAZON.COM SERVICES LLC; and | |
| AMAZON WEB SERVICES, INC., | |
| Defendants. | |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to P.R. 4-3 and the Court's Docket Control Order, Dkt. 37, Plaintiff KAIFI LLC ("KAIFI") and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. (together, "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement for:

- U.S. Patent No. 8,930,196 ("the '196 Patent"): claims 1-20;
- U.S. Patent No. 11,082,518 ("the '518 Patent"): claims 1-20;
- U.S. Patent No. 8,040,232 ("the '232 Patent"): claims 1-12; and
- U.S. Patent No. 7,689,001 ("the '001 Patent"): claims 1-3, 5-8, 10-12.

## I.    P.R. 4-3(a)(1) – Agreed Upon Constructions

The parties respectfully request the Court enter these agreed upon constructions as follows:

### A.    '232 Patent

| Term | Agreed Construction |
|------|---------------------|
| "A system for providing an information service based on heterogeneous sensor networks"<br><br>(preamble 1) | Preamble is a limitation.<br><br>Plain and ordinary meaning, except as to included terms or phrases otherwise construed. |
| "A Ubiquitous Sensor Network (USN) middleware apparatus for generating an information service based on heterogeneous sensor networks"<br><br>(preamble 6) | Preamble is a limitation.<br><br>Plain and ordinary meaning, except as to included terms or phrases otherwise construed. |
| "A method for generating an information service based on heterogeneous sensor networks in a ubiquitous sensor network middleware apparatus"<br><br>(preamble 10) | Preamble is a limitation.<br><br>Plain and ordinary meaning, except as to included terms or phrases otherwise construed. |

### B.    '001 Patent

| Term | Agreed Construction |
|---|---|
| "A method for recognizing a location by a mobile terminal having a built-in camera" (preamble 1) | Preamble is a limitation. Plain and ordinary meaning, except as to included terms or phrases otherwise construed. |
| "A location recognition device for recognizing a location by using a built-in camera" (preamble 8) | Preamble is a limitation. Plain and ordinary meaning, except as to included terms or phrases otherwise construed. |

## II.    P.R. 4-3(a)(2) – Disputed Constructions

The parties dispute the construction of the claim terms as set forth in Appendices A and B.  Appendix A reflects KAIFI's positions and support.[1]  Appendix B reflects Defendants' positions and support.  In those Appendices, the parties sets forth their respective proposed claim construction or indefiniteness positions for each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that position, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its position or to oppose any other party's position, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party.  In addition, each party reserves the right to amend, correct, or supplement its

---

[1] Defendants believe that KAIFI's Appendix A includes citations to extrinsic evidence that KAIFI did not timely disclose pursuant to P.R. 4-2.  Defendants reserve all rights with respect to this belated evidence.  KAIFI believes that its citation of extrinsic evidence, including responsive evidence to Defendants' positions disclosed for the first time under P.R. 4-2, complies with P.R. 4-3.

claim construction positions and supporting evidence in response to any change of position by the other party, including any amendments to KAIFI's infringement contentions, Defendants' invalidity contentions, or for other good cause.

### III.    P.R. 4-3(a)(3) – Anticipated Time for Hearing

The parties anticipate a combined total of three (3) hours for presentation at the hearing, with the time evenly divided between the parties, or as the Court finds necessary or appropriate.

### IV.    P.R. 4-3(a)(4) – Witness Testimony

The parties do not anticipate calling witnesses at the hearing.

### V.    P.R. 4-3(a)(5) – Other Issues

The parties do not have any other issues appropriate for a prehearing conference.


Date:  June 24, 2025                              */s/ Andrew Choung*

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby
(admitted *pro hac vice*)
jsheasby@irell.com
Stephen M. Payne
(admitted *pro hac vice*)
spayne@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Andrew Choung

(admitted in E.D. Texas)
achoung@nixonpeabody.com
Jennifer Hayes
(admitted *pro hac vice*)
jhayes@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted in E.D. Texas)
djschwartz@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*

Date:   June 24, 2025                          */s/ Thomas B. King*

Christina V. Rayburn, CA SBN 255467
(Lead Counsel)
Christine Woodin, TX SBN 24100051
Thomas B. King, TX SBN 24122209
Karen L. Younkins, CA SBN 305070
Neil G. Anderson, CA SBN 307668
HUESTON HENNIGAN LLP
620 Newport Center Dr., Ste. 1300
Newport Beach, California 92660
Telephone: 949-287-5940
Facsimile: 888-866-4825
crayburn@hueston.com
cwoodin@hueston.com
tking@hueston.com
nanderson@hueston.com
kyounkins@hueston.com

Deron R. Dacus, TX SBN 00790553
The Dacus Firm PC
ddacus@dacusfirm.com
821 ESE Loop 323
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

*Attorneys for Defendants Amazon.com, Inc.,
Amazon.com Services LLC, and Amazon Web
Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was served electronically on June 24, 2025 upon all counsel of record.

*/s/ Andrew Choung* _____

Andrew Choung