Appendix B: P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

## I.    THE '196 PATENT

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| 1. | "A method for recognizing a speech of a speaker by a device" (preamble 1) "A method for recognizing a speech of a speaker by a single device" (preamble 17) | The preambles are limiting. | '196 Patent at Title, Abstract, 1:9-21, 1:39-2:16, 2: 17-37, 2:43-3:2, 3:6-20, 3:24-50, 3:54-63, 4:41-5:6, 6:4-13, 6:19-59, 7:41-51, 8:42-50, 8:66-9:2; Figures 2-5 and discussion thereof; Claims 1, 17. April 24, 2014 Applicant Response to Office Action; June 10, 2014 Non-Final Rejection; August 12, 2014 Applicant-Initiated Interview Summary; September 5, 2014 Reply to Non-Final Office Action; September 20, 2014 Notice of Allowance and Fees Due. Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 2. | "a device... in order to reduce computational load on the device" (1) | *These claim limitations require that the device be a single device, and that both the preset call command recognition unit and the* | '196 Patent at Title, Abstract, 1:9-21, 1:39-2:16, 2:17-37, 2:43-3:2, 3:6-20, 3:24-50, 3:54-63, 4:41-5:6, 6:4-13, 6:19-59, 7:41-51, 8:42-50, 8:66-9:2; Figures 2-5 and discussion thereof; Claims 1, 17. |

---

[1] Defendants also reserve the right to rely on any information identified in KAIFI's P.R. 4-3 chart or briefs, including intrinsic evidence, extrinsic evidence, expert reports, witness testimony, or other materials.

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| | "single device... in order to reduce overall computational load on the single device" (17) | *continuous speech recognition unit be located on that device, such that an overall reduction of computational load takes place on that device as the result of those two units together.* | April 24, 2014 Applicant Response to Office Action; June 10, 2014 Non-Final Rejection; August 12, 2014 Applicant-Initiated Interview Summary; September 5, 2014 Reply to Non-Final Office Action; September 20, 2014 Notice of Allowance and Fees Due.<br><br>Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI.<br>• *Device*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002)<br>• *Device*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY NINTH EDITION (2001) |
| 3. | "token" (1, 9, 17) | Indefinite. | '196 Patent at Abstract; 1:9-21, 3:6-20, 3:45-50, 3:64-4:13, 4:35-37, 4:48-61, 5:7-19, 5:40-52, 5:59-64, 6:52-7:39, 7:55-62, 8:16-41; Figures 4 and 6 and discussions thereof; Claims 1, 9, 13, 17.<br><br>September 5, 2014 Response to Office Action and references cited therein including U.S. Publication No. 2002/0136166.<br><br>Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic and extrinsic evidence, would |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| | | | have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. Defendants and/or Mr. Johnson may also rely on one or more of the following: <ul><li>*Token*, MICROSOFT COMPUTER DICTIONARY FIFTH EDITION (2002)</li><li>*Token*, DICTIONARY OF COMPUTING, FOURTH EDITION (1996)</li><li>*Token*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING AND TECHNOLOGY (2001)</li><li>*Token*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY NINTH EDITION (2001)</li><li>S.J. Young *et al.*, "Token Passing: A Simple Conceptual Model For Connected Speech Recognition Systems Use" (1989) (AMZ_KAIFI_00049778)</li><li>Mark Catchpole *et al.*, WO2006030214 (AMZ_KAIFI_00049597)</li></ul> |
| 4. | "minimum recognition network composed of a silence interval accompanied by noise and the preset call command"<br><br>"minimum recognition network" | Indefinite. | '196 Patent at Abstract; 1:9-21, 3:6-20, 4:48-61, 5:13-19, 5:44-52, 6:60-62; Figs. 1-7 and discussions thereof; Claims 1, 9, 17.<br><br>August 12, 2014 Applicant-Initiated Interview Summary.<br><br>Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having |

**Appendix B: P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| | (1, 9, 17) | | reviewed the relevant intrinsic and extrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Mr. Johnson may also rely on one or more of the following:<br>• *Interval*, THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE, FOURTH EDITION (2000)<br>• *Interval*, MERRIAM WEBSTER ONLINE (2005)<br>• Thomas Lynch, U.S. Patent No. 5,388,183 (AMZ_KAIFI_00063114)<br>• Steve Young, "HMMS AND RELATED SPEECH RECOGNITION TECHNOLOGIES (2007) |
| 5. | "preset call command recognition unit"<br><br>(1, 9, 10, 17) | Governed by § 112, ¶ 6, and indefinite.<br><br><u>Functions</u>: (1) receiving an input speech spoken by the speaker (claims 1 and 17) / configured to receive an input speech spoken by the speaker (claim 9), (2) receiving a subsequent input speech spoken, by the speaker, subsequently to the input speech (claims 1 and 17) / configured to receive a subsequent input speech | '196 Patent at Abstract; 3:64-4:34, 4:48-5:56, 6:4-9, 6:14-18, 6:24-35, 6:47-8:50; Figs. 4-7 and discussions thereof; Claims 1, 9, 10, 17.<br><br>August 12, 2014 Applicant-Initiated Interview Summary.<br><br>Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. |

**Appendix B: P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| | | spoken, by the speaker, subsequently to the input speech (claim 9), (3) comparing the input speech with a preset call command (claims 1 and 17) / configured to compare the input speech with the preset call command (claim 9), (4) determining whether the input speech is recognized as the preset call command according to a result of the comparison (claims 1 and 17), (5) configured to recognize the input speech as the preset call command according to a result of the comparison (claim 9)<br><br>Corresponding structure: none, indefinite. | |
| 6. | "continuous speech recognition unit"<br><br>(1, 9, 16, 17) | Governed by § 112, ¶ 6, and indefinite.<br><br>Functions: (1) configured to determine whether the subsequent input speech is recognized as an actual command, in order to reduce | '196 Patent at Abstract; 1:9-21, 1:62-2:16, 3:6-19, 3:54-63, 4:21-37, 4:41-5:27, 5:40-6:9, 6:19-35, 6:47-51, 8:10-15, 8:32-50; Figs. 4-5 and discussions thereof; Claims 1, 9, 16, 17.<br><br>Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| | | computational load on the device (claim 1); (2) configured to recognize the subsequent input speech as an actual command if the input speech is recognized as the preset call command by the preset call command recognition unit (claim 9); (3) configured to perform continuous speech recognition to determine whether the subsequent input speech is recognized as an actual command, in order to reduce overall computational load on the single device (claim 17)<br><br><u>Corresponding structure</u>: none, indefinite. | the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 7. | "rule check unit" (8, 16) | Governed by § 112, ¶ 6, indefinite.<br><br><u>Functions</u>: determining whether or not the recognized subsequent input speech corresponds to a target sentence (claim 8) / configured to determine | '196 Patent at 4:35-37, 5:7-13, 6:1-3; Fig. 4 and discussion thereof; Claims 8, 16.<br><br>Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic and extrinsic evidence, would have understood the meaning and scope of the term in the |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
| | | whether the recognized subsequent input speech corresponds to a target sentence (claim 16) <br><br> <u>Corresponding structure</u>: none, indefinite. | context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 8. | "keyword spotting unit" <br><br> (16) | Governed by § 112, ¶ 6, indefinite. <br> <u>Function</u>: configured to recognize the subsequent input speech as the actual command if the input speech is recognized as the preset call command (claim 16) <br><br> <u>Corresponding structure</u>: none, indefinite. | '196 Patent at 4:32-37, 5:7-13, 5:40-52, 5:62-64; Fig. 4 and discussion thereof; Claim 16 <br><br> Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic and extrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 9. | "token passing unit" / "token passing unit configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a silence interval | Governed by § 112, ¶ 6, and indefinite. <br> <u>Functions</u>: (1) token passing (claims 1, 9, 13, 17), (2) configured to assume the input speech to be the preset call command according to the result of the comparison using a minimum recognition network composed of a | '196 Patent at Abstract; 1:9-21, 3:6-20, 3:45-50, 3:64-4:13, 4:35-37, 4:48-61, 5:7-19, 5:40-52, 5:59-64, 6:52-7:39, 7:55-62, 8:16-41; Figures 4 and 6 and discussions thereof; Claims 1, 9, 13, 17. <br><br> September 5, 2014 Response to Office Action and references cited therein including U.S. Publication No. 2002/0136166. <br><br> Mike Johnson may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[1] |
|---|---|---|---|
|  | accompanied by noise and the preset call command" <br><br> (1, 9, 13, 17) | silence interval accompanied by noise and the preset call command (claims 1, 9, 17), and (3) configured to compute a log likelihood ratio of the input speech and assume the input speech to be the preset call command based on the computed log likelihood ratio (claim 13). <br><br> <u>Corresponding structure</u>: none, indefinite. <br><br> Indefinite even if not governed by § 112, ¶ 6. | reviewed the relevant intrinsic and extrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Mr. Johnson may also address any expert testimony or extrinsic evidence provided by KAIFI. <br><br> Defendants and/or Mr. Johnson may also rely on one or more of the following: <br> • *Token*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002) <br> • *Token Passing*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002) <br> • *Token*, DICTIONARY OF COMPUTING, FOURTH EDITION (1996) <br> • *Token*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING AND TECHNOLOGY (2001) <br> • *Token*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY NINTH EDITION (2001) <br> • *Token Passing*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY NINTH EDITION (2001) <br> • S.J. Young *et al.*, "Token Passing: A Simple Conceptual Model For Connected Speech Recognition Systems Use" (1989) (AMZ_KAIFI_00049778) <br> • Mark Catchpole *et al.*, WO2006030214 (AMZ_KAIFI_00049597) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

## II.     THE '518 PATENT

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[2] |
|---|---|---|---|
| 10. | "relation profile" (1, 4, 6, 7) | "a single data structure that includes data representing relations formed to perform a task" | '518 Patent at Abstract, Fig. 2, 2:17-29, 2:36-38, 5:65-6:26, 6:32-40, 6:47-56, 7:28-67, 9:23-26, 9:36-52, 10:40-46, 10:55-57, Table 2, Claims 1, 4, 6, 7. Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 11. | "machine profile" (9-16) | "a single data structure that includes various types of information related to each machine" | '518 Patent at Abstract, Fig. 2, 2:5-16; 4:21-5:46, 5:59-63, 8:42-58, 9:18-22, 9:32-35, Table 1, Claims 9-16. KR 10-2014-0151327 (certified translation) at ¶¶ 23, 74, Table 1. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or |

---

[2] Defendants also reserve the right to rely on any information identified in KAIFI's P.R. 4-3 chart or briefs, including intrinsic evidence, extrinsic evidence, expert reports, witness testimony, or other materials.

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[2] |
|---|---|---|---|
|  |  |  | extrinsic evidence provided by KAIFI. |
| 12. | "a relation server" (1, 2, 9, 16, 17, 18) | "a single computing device for managing relations between machines" | '518 Patent at Abstract, Figs. 1-2, 1:23-29, 1:50-60, 2:13-16, 2:36-43, 2:47-48, 2:54-62, 4:9-12, 4:55-57, 5:29-37, 5:47-61, 5:65-6:46, 7:61-63, 8:7-12, 8:29-61, 9:9-11, 9:10-61, 10:3-57, Claims 1, 2, 9, 16, 17, 18. |
|  |  |  | KR 10-2014-0151327 (certified translation) at Figs. 1-3, ¶¶ 70 – 95, cls. 1, 5, Abstract. |
|  |  |  | Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |
|  |  |  | Defendants and/or Dr. Engels may also rely on one or more of the following:<br><br>• *Server*, NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY COMPUTER RESOURCE CENTER GLOSSARY OF TERMS<br>• *Server*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002)<br>• *Server*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY (2000)<br>• *Server*, MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY, ELEVENTH EDITION (2020) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[2] |
|---|---|---|---|
| 13. | "parameter" (1, 4-8, 10-16, 18) | "a variable or data structure that is used to control the operation of a function or that is used by a function to compute one or more outputs" | '518 Patent at Abstract, 1:50-2:4, 2:5-20; 2:25-35; 2:52-62, 4:23-5:46, 5:59-63, 5:65-6:5, 6:13-23, 6:47-50, 7:28-67, 8:7-28, 8:42-58, 9:23-26, 9:43-49, 10:40-43, 11:22-27, Tables 1-2, Claims 1, 4-8, 10-16, 18.<br><br>KR 10-2014-0151327 (certified translation) at Table 1<br><br>Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Engels may also rely on one or more of the following:<br><br>• *Parameter*, NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY COMPUTER RESOURCE CENTER GLOSSARY OF TERMS<br>• *Parameter*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002)<br>• *Parameter*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY (2001)<br>• *Parameter*, OXFORD DICTIONARY OF COMPUTER SCIENCE, SEVENTH EDITION (2016) |
| 14. | "controls the selected machines for performing the | "Compels the selected machines to execute multiple | '518 Patent at Fig. 2, 6:51-56, 8:7-36, 8:49-52, 8:64-9:3, 9:12-22, 9:39-59, 10:4-54, Fig. 2, Claims 1, 2, 3. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[2] |
|---|---|---|---|
| | multiple processes according to the command" (2) | processes according to the command, without regard to a response from the machines or a determination by the machines" | KR 10-2014-0151327 (certified translation) at ¶¶ 40, 41, 43.<br><br>Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Dr. Defendants and/or Dr. Engels may also rely on one or more of the following:<br><br>• *Control*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002)<br>• *Control*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY (2001)<br>• *Command*, DICTIONARY OF COMPUTER AND INTERNET TERMS, FIRST EDITION (2016) |
| 15. | "wherein the multiple machines includes at least one of a home appliance, a smart phone or a search engine" (1) | Indefinite | '518 Patent at Figs. 1-2, 8:64-9:3, Claim 1.<br><br>Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[2] |
|---|---|---|---|
| | | | Defendants and/or Dr. Engels may also rely on one or more of the following: <br><br> • *Search engine*, MICROSOFT COMPUTER DICTIONARY, FIFTH EDITION (2002) <br> • *Search engine*, OXFORD DICTIONARY OF COMPUTER SCIENCE, SEVENTH EDITION (2016) <br> • *Search engine*, DICTIONARY OF COMPUTER AND INTERNET TERMS, FIRST EDITION (2016) <br> • *Search engine*, MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY, ELEVENTH EDITION (2020) <br> • *Search engine*, THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE, FIFTH EDITION (2015) |
| 16. | "the selected machine" (2) | Indefinite, lacks antecedent basis | '518 Patent at 2:46-59, Claims 1-2. <br><br> Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 17. | "wherein the relation server generates a new relation profile based on an intervention by the user in | Indefinite <br> Alternatively: <br> "wherein the relation server | '518 Patent at Fig. 2, 2:41-49,6:24-56, Claims 1, 19-20. <br><br> Dr. Daniel Engels may provide testimony regarding how one of |

**Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[2] |
|---|---|---|---|
| | the relation profile" (1) | generates a new relation profile based on a change made directly by the user to the data in the relation profile" | ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

## III.    THE '232 PATENT

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| 18. | "heterogenous sensor networks" (1, 6, 10) | "multiple different types of sensor networks," *i.e. the word heterogeneous applies to the word networks, not to the word sensor* | '232 Patent, including at Title; Abstract; 1:1–6; 1:21–32; 1:36-59;  1:60–67; 2:5–67; 3:1–19; 3:23–35; 3:43–46; 3:47–50; 3:54–57; 4:1–44; 4:45–48; 4:48-67; 5:19–23; 6:59–65; 7:20–23; Table 1; Figs. 1-5 and discussion thereof; and Claims 1, 6, 10.<br><br>KR 10-20060-0084353 (certified translation), including at Abstract, ¶¶ 1, 2, 4, 8, 13, 14, 15, 17, 22, 23, 25, 27, 29, 30, 32, 41, 44, 55; Claims 1-12; Figs. 1-5.<br><br>Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Engels may also rely on one or more of the following:<br><br>• *Heterogeneous*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003)<br>• *Heterogeneous*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY (CRC Press, Phillip A. Laplante, ed. 2001) |

---

[3] Defendants also reserve the right to rely on any information identified in KAIFI's P.R. 4-3 chart or briefs, including intrinsic evidence, extrinsic evidence, expert reports, witness testimony, or other materials.

Appendix B: P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | | • *Heterogeneous*, THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (Houghton Mifflin Co., 4th ed., 2000). |
| 19. | "ubiquitous sensor network" / "Ubiquitous Sensor Network (USN) (1, 6, 10) | No construction needed, as claim 1 actually recites a "Ubiquitous Sensor Network (USN) middleware", Claim 6 actually recites a "Ubiquitous Sensor Network (USN) middleware apparatus," and Claim 10 actually recites a "ubiquitous sensor network middleware apparatus," which the parties seek to construe.<br><br>Nevertheless, to the extent the court determines that a construction of this sub-term is required:<br><br>"a plurality of sensor networks installed or distributed in a wide area" | '232 Patent, including at Abstract; 1:21-32; 1:36-59; 1:60-69; 2:5-13; 2:19-33; 2:34-48; 2:49-67; 3:1-19; 3:23-35; 3:51-53; 3:58-60; 4:1-44: 4:61-67; 5:25-27; 5:28-37; 5:37-67; 6:34-36; 7:24-29; 7:39-50; 8:12-17; 8:59-66; Table 1; Claims 1, 6, 10; and Figs. 1-5 and discussion thereof.<br><br>KR 10-20060-0084353 (certified translation), including at Abstract, ¶¶ 3, 5, 9, 13, 15, 16, 17, 19, 20, 21, 22, 26, 27, 32, 34, 36, 38, 39, 42, 46, 47, 49, 53; Claims 1-12; Figs. 1-5.<br><br>Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Engels may also rely on one or more of the following:<br><br>• *Middleware*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)<br>• *Middleware*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)<br>• *Middleware*, MICROSOFT COMPUTER DICTIONARY |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | | (Microsoft Press, 5th ed. 2002) <br> • *Middleware*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001) <br> • Use and discussion relating to "u-Sensor Network" "USN," and "RFID/USN" in "IT 839 Strategy," Ministry of Information and Communication, (2006) <br> • Use and discussion related to "Ubiquitous Sensor Network" and "USN" in Jong T. Park, "Management of Ubiquitous Sensor Network" (2005) <br> • Use and discussion related to "Ubiquitous Sensor Network," "ubiquitous," and "USN" in Young Yong Kim, "Research Directions in the Area of USN (Ubiquitous Sensor Network) towards Practical UE (Ubiquitous Environments) (2006) (AMZ_KAIFI_00096763). |
| 20. | "generating [the] conditional events" / "generating [an]/[the] event" <br><br> (1, 2, 4, 6, 8, 10 and dependents) | "generating notification and alarm about a certain condition" | '232 Patent, including at Abstract; 1:21-32; 1:60-67; 2:5-3:19; 4:1-44; 5:1-24; 5:37-67; 6:47-55; 7:1-12; 7:30-47; 7:56-8:11; Table 1; Figs. 1-5 and discussion thereof; and Claims 1, 2, 4, 5, 6, 8, 9, 10, 12. <br><br> KR 10-20060-0084353 (certified translation), including at ¶¶ 20, 21, 27, 32, 34, 35, 36, 40, 41, 42, 46, 47, 51, 52, Table 1; Claims 2, 4, 5, 6, 8, 9, 10; and Figs. 1-5. <br><br> Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | | the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Engels may also rely on one or more of the following:<br>• *Conditional*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)<br>• *Conditional*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)<br>• *Conditional*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003)<br>• *Conditional*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002) |
| 21. | "sensor node constructing a sensor network"<br><br>(1 and dependents) | "sensor node that builds a network of multiple sensors" | '232 Patent, including at Abstract; 1:22-33; 1:36-59; 2:5-33; 3:1-19; 3:23-35; 4:1-44; 4:53-67; 5:28-37; 5:51-60; 7:20-29; Table 1; Figs. 1-5 and discussion thereof; and Claim 1.<br><br>KR 10-20060-0084353 (certified translation), including at ¶¶ 8, 14, 26, 27, 30, 31, 32, 34, 45, 55; Figs. 1-5.<br><br>Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | | Defendants and/or Dr. Engels may also rely on one or more of the following: <br><br> • *Construction*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003) <br> • *Construct*, THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (Houghton Mifflin Co., 4th ed., 2000) <br> • *Construct*, MERRIAM-WEBSTER ONLINE (captured September 3, 2006) https://web.archive.org/web/20060903102734/https://www.merriam-webster.com/dictionary/construct (last visited Jun. 2, 2025) <br> • Discussions relating to sensor network structures and hierarchy, including relating to Fig. 3, in Ahn et al, "A Case Study on Message-Oriented Middleware for Heterogeneous Sensor Networks" (2006) (AMZ_KAIFI_00057803 – 812) <br> • Discussions relating to sensor network structures and hierarchy in Shorey et al., MOBILE, WIRELESS, AND SENSOR NETWORKS – TECHNOLOGY, APPLICATIONS, AND FUTURE DIRECTIONS (2006), including in Chapter 8 thereof (AMZ_KAIFI_00084917 - 369) <br> • Discussions relating to sensor network structures and hierarchy, including relating to Figs. 1, 5, 13, 18, 23, and/or 31 in Yoneki et al., "A Survey of Wireless Sensor Network Technologies: Research Trends and Middleware's Role" (2005) (AMZ_KAIFI_00058361 - 408) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | | • Discussions relating to sensor network structures and hierarchy, including relating to Fig. 6 in Souto et al., "A Message-Oriented Middleware for Sensor Networks," (2004) (AMZ_KAIFI_00056206 – 213) |
| 22. | "object... information"  (1, 2, 6, 10 and dependents) | "information about a sensor"  Alternatively: Indefinite. | '232 Patent, including at Abstract; 1:54–59; 2:16-67; 3:1-19; 4:5-29; 5:1-24; 5:44-50; 6:55–58; 7:30–38; 7:30-47; 7:56–66; Table 1; and Figs. 1-5 and discussion thereof.  KR 10-20060-0084353 (certified translation), including at Abstract, ¶¶ 15, 19, 20, 21, 26, 32, 46, 51; Claims 1, 2, 6, 10; Figs. 1-5.  Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.  Defendants and/or Dr. Engels may also rely on one or more of the following:  • *Object*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)  • *Object*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| 23. | "sensor network abstraction unit [for extracting [the] sensed data from [a]/[the] message received from the [sensor network]/[sensor network data transmitter]]"  (2, 3, 4, 6, 7, 8 and dependents) | Governed by § 112, ¶ 6, and indefinite.  Functions:  (1) extracting the sensed data from the message received from the sensor network data transmitter (claim 2); (2) extracting sensed data from a message received from a sensor network (claim 6)  Corresponding structure: none, indefinite. | '232 Patent, including at Abstract; 1:60-69; 2:5-67; 3:1-19; 4:5-29; 5:1–24; 5:37–48; 6:37–52; 7:30-47; 7:51–55; 7:56-59; 8:12-17; Table 1; Figs. 1-5 and discussion thereof; and Claims 2, 3, 4, 6, 7 and 8.  KR 10-20060-0084353 (certified translation), including at ¶¶ 10, 16, 20, 32, 34, 39, 40, 50, 51, 53; Figs. 1-5, and Claims 2, 3, 4, 5, 6, 7, 8; Figs. 1-5.  Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.  Defendants and/or Dr. Engels may also rely on one or more of the following:  • *Transmitter*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)  • *Transmitter*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002) |
| 24. | "sensor network intelligence unit [for extracting the object and environment | Governed by § 112, ¶ 6, and indefinite. | '232 Patent, including at 1:60-69; 2:5-67; 3:1-19; 4:5-29; 4:30-44; 5:1–24; 5:37–60; 6:47–65; 6:66–7:1; 7:14–19; 7:30-47; |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
|  | information by analyzing the sensed data extracted by the sensor network abstraction unit, and generating the conditional events including notification and alarm about a certain condition, and the context aware information from the extracted object and environment information] / [for extracting object and environment information by performing an analysis operation to clean, classify and integrate the sensed data extracted by the sensor network abstraction unit, and generating an event, including notification and alarm, and context aware information from the extracted object and environment information]" (2, 4, 6, 8 and dependents) | Functions: (1) extracting the object and environment information by analyzing the sensed data extracted by the sensor network abstraction unit, and generating the conditional events including notification and alarm about a certain condition, and the context aware information from the extracted object and environment information (claim 2); (2) extracting object and environment information by performing an analysis operation to clean, classify and integrate the sensed data extracted by the sensor network abstraction unit, and generating an event, including notification and alarm, and context aware information from the extracted object and environment information (claim 6) | 7:56–66; 7:66–8:3; 8:4–11; 8:12-17; Table 1; Figs. 1-5 and discussion thereof; and Claims 2, 5, 6 and 9. KR 10-20060-0084353 (certified translation), including at ¶¶ 10, 16, 20, 32, 35, 40, 41, 51, 53; Claims 2, 4, 5, 6, 7; Figs. 1-5. Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. Defendants and/or Dr. Engels may also rely on one or more of the following: <ul><li>*Object*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)</li><li>*Object*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001)</li><li>*Conditional*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)</li><li>*Conditional*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)</li><li>*Conditional*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003)</li><li>*Conditional*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002)</li></ul> |

Appendix B: P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | Corresponding structure: none, indefinite. | • Use of "context-aware" in Sorenson et al., "A Context-Aware Middleware for Applications in Mobile Ad Hoc Environments" (2004) (AMZ_KAIFI_00057813 - 816)<br>• Use of "context-aware" in Henricksen et al., "Middleware for Distributed Context-Aware Systems," (2006) (AMZ_KAIFI_00057890 - 907)<br>• Use of "context aware"/"context-aware" in Cortese et al., "Context-Awareness for Physical Service Environments" (2005) (AMZ_KAIFI_00084421 – 446)<br>• Use of "context-aware" in Oh et al., "ubi-UCAM 2.0: A Unified Context-Aware Application Model for Ubiquitous Computing Environments" (2005) (AMZ_KAIFI_00084858 – 863)<br>• Use of "context-aware" in Hung et al., "A Survey of Middleware for Context-Awareness in Ubiquitous Computing Environments" (2003) (AMZ_KAIFI_00058120 – 144)<br>• Use of "context-aware" in Ahn et al, "A Case Study on Message-Oriented Middleware for Heterogeneous Sensor Networks" (2006) (AMZ_KAIFI_00057803 – 812)<br>• Use of "context aware"/"context-aware" in Katsiri, "Middleware Support for Context-Awareness in Distributed Sensor-Driven Systems" (2005) (AMZ_KAIFI_00057908 – 972) |
| 25. | "service platform management unit [for providing the event and the context aware information to the application program in a form suitable for the | Governed by § 112, ¶ 6, and indefinite.<br><br>Functions:<br>(1) providing the events and the context aware | '232 Patent, including at 1:60-69; 2:5-67; 3:1-19; 3:23-35; 4:5-29; 4:30-44; 5:1–24; 5:37–62; 6:66–7:19; 7:30-47; 8:4-17; Table 1; Figs. 1-5 and discussion thereof; and Claims 2, 5, 6 and 9. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
|  | application program]" <br><br> (2, 5, 6, 9 and dependents) | information to the application program in a form suitable for the application program (claim 2); providing the event and the context aware information to the application program in a form suitable for the application program (claim 6) <br><br><br> <u>Corresponding structure</u>: none, indefinite. | KR 10-20060-0084353 (certified translation), including at ¶¶ 11, 16, 20, 32, 35, 42, 43, 52, 53; Claims 2, 5, 6, 8; Figs. 1-5. thereof. <br><br> Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 26. | "sensor network data transmitter [for collecting sensed data sensed by the sensor in real-time and transmitting the collected sensed data in a message form]" <br><br> (1, 2 and dependents) | Governed by § 112, ¶ 6, and indefinite. <br><br> <u>Functions</u>: <br> collecting sensed data sensed by the sensor in real-time and transmitting the collected sensed data in a message form <br><br> <u>Corresponding structure</u>: none, indefinite. | '232 Patent, including at Abstract, 1:21-32; 1:54-59; 1:60-69; 2:5-33; 3:1-19; 3:23-35; 3:47-50; 3:54-57; 4:1-29; 4:30-67; 5:28-48; 7:20-29; 8:12-17; Table 1; Figs. 1-5 and discussion thereof; and Claims 1-2. <br><br> KR 10-20060-0084353 (certified translation), including at Abstract, ¶¶ 8, 9, 14, 19, 26, 27, 30, 31, 32, 34, 45, 53; 55; Claims 1, 2, 10 ; Figs. 1-5. <br><br> Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | "the sensor" is further indefinite, including for lack of antecedent basis.<br><br>Alternatively:<br><br>"sensor network data transmitter" should be construed as "device that is separate and distinct from the sensor nodes that collects data from a single sensor network and transmits it", and "sensed by the sensor in real-time" means "sensed by the sensor continuously and without delay" | claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Engels may also rely on one or more of the following:<br><ul><li>*Real time*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)</li><li>*Real time*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002)</li><li>*Real time*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001)</li><li>*Transmitter*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)</li><li>*Transmitter*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002)</li></ul> |
| 27. | "Ubiquitous Sensor Network (USN) middleware [for extracting object and environment information by cleaning, classifying and integrating the message received from the sensor network data transmitter, generating conditional events, context aware information, and knowledge contents from the extracted object and environment | Governed by § 112, ¶ 6, and indefinite.<br><br><u>Functions:</u><br>(1) extracting object and environment information by cleaning, classifying and integrating the message received from the sensor network data transmitter, generating conditional events, context aware | '232 Patent, including at Title; Abstract; 1:21-32; 1:36-67; 1:60-69; 2:5-13; 2:17-33; 2:34-48; 2:49-67; 3:1-19; 3:23-35; 3:51-53; 3:58-60; 4:1-67; 5:1-27; 5:28-37; 5:37-67; 6:34-36; 7:24-29; 7:30-50; 8:12-17; 8:59-66; Table 1; Claims 1, 6, 10; and Figs. 1-5 and discussion thereof.<br><br>KR 10-20060-0084353 (certified translation), including at Abstract, ¶¶ 3, 5, 9, 13, 15, 16, 17, 19, 20, 21, 22, 26, 27, 32, 34, 36, 38, 39, 42, 46, 47, 49, 53; Claims 1-12; Figs. 1-5. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | information, and providing the information service to an application program]"<br><br>(1 and dependents)<br><br>"Ubiquitous Sensor Network (USN) middleware apparatus [for generating an information service based on heterogenous sensor networks]"<br><br>(6 and dependents)<br><br>"Ubiquitous Sensor Network (USN) middleware [apparatus]" / "ubiquitous sensor network middleware [apparatus]"<br><br>(1, 6, 10 and dependents) | information, and knowledge contents from the extracted object and environment information, and providing the information service to an application program (claim 1); (2) generating an information service based on heterogeneous sensor networks (claim 6); (3) generating an information service based on heterogeneous sensor networks in a ubiquitous sensor network middleware apparatus (claim 10)<br><br>Corresponding structure: none, indefinite.<br><br><br><br>Defendants note that for Claim 6, Plaintiff seeks to construe just "Ubiquitous Sensor (USN) middleware," but the claim actually recites a "Ubiquitous Sensor (USN) | Dr. Daniel Engels may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Engels may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Engels may also rely on one or more of the following:<br><br>• *Apparatus*, THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (Houghton Mifflin Co., 4th ed., 2000)<br>• *Apparatus*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)<br>• *Conditional*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)<br>• *Conditional*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)<br>• *Conditional*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003)<br>• *Conditional*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002)<br>• *Middleware*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)<br>• *Middleware*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)<br>• *Middleware*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | middleware *apparatus*."<br><br>Similarly, for Claim 10, Plaintiff seeks to construe just "ubiquitous sensor network middleware," but the claim actually recites a "ubiquitous sensor network middleware *apparatus*."<br><br>Thus, alternatively:<br><br>For Claim 1:<br>"Ubiquitous Sensor Network (USN) middleware" should be construed as<br>"software structure separate from and located between: (1) a plurality of sensor networks installed or distributed in a wide area and (2) an application program"<br><br>For Claims 6 and 10:<br>"Ubiquitous Sensor (USN) middleware apparatus" and "ubiquitous sensor network middleware *apparatus*" should be construed as | • *Middleware*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001)<br>• *Object*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)<br>• *Object*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001)<br>• *Heterogeneous*, MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (6th ed. 2003)<br>• *Heterogeneous*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY (CRC Press, Phillip A. Laplante, ed. 2001)<br>• *Heterogeneous*, THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (Houghton Mifflin Co., 4th ed., 2000)<br>• *Transmitter*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004)<br>• *Transmitter*, MICROSOFT COMPUTER DICTIONARY (Microsoft Press, 5th ed. 2002)<br>• *Knowledge*, A DICTIONARY OF COMPUTING (Oxford University Press, 5th ed. 2004)<br>• *Knowledge*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (Bryan Pfaffenberger, Ph.D. ed. 9th ed. 2001)<br>• Use of "context-aware" in U.S. Pat. No. 7,805,528 (AMZ_KAIFI_00051484)<br>• Use of "context-aware" in Sorenson et al., "A Context-Aware Middleware for Applications in Mobile Ad Hoc Environments" (2004) (AMZ_KAIFI_00057813 - 816) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | "device separate from and located between: (1) a plurality of sensor networks installed or distributed in a wide area and (2) an application program"<br><br><br>"object information" should be construed as addressed above.<br><br>"sensor network data transmitter" should be construed as addressed above.<br><br>"generating conditional events" should be construed as addressed above.<br><br>"context aware information" is indefinite or, in the alternative, should be construed to mean "information that interprets and recognizes a situation and that is distinct from both conditional events and knowledge contents."<br><br>"knowledge contents" should be construed to mean "information that analyzes | • Use of "context-aware" in Henricksen et al., "Middleware for Distributed Context-Aware Systems," (2006) (AMZ_KAIFI_00057890 - 907)<br>• Use of "context aware"/"context-aware" in Cortese et al., "Context-Awareness for Physical Service Environments" (2005) (AMZ_KAIFI_00084421 – 446)<br>• Use of "context-aware" in Oh et al., "ubi-UCAM 2.0: A Unified Context-Aware Application Model for Ubiquitous Computing Environments" (2005) (AMZ_KAIFI_00084858 – 863)<br>• Use of "context-aware" in Hung et al., "A Survey of Middleware for Context-Awareness in Ubiquitous Computing Environments" (2003) (AMZ_KAIFI_00058120 – 144)<br>• Use of "context-aware" in Ahn et al, "A Case Study on Message-Oriented Middleware for Heterogeneous Sensor Networks" (2006) (AMZ_KAIFI_00057803 – 812)<br>• Use of "context aware"/"context-aware" in Katsiri, "Middleware Support for Context-Awareness in Distributed Sensor-Driven Systems" (2005) (AMZ_KAIFI_00057908 – 972)<br>• Use and discussion relating to "u-Sensor Network" "USN," and "RFID/USN" in "IT 839 Strategy," Ministry of Information and Communication,  (2006)<br>• Use and discussion related to "Ubiquitous Sensor Network" and "USN" in Jong T. Park, "Management of Ubiquitous Sensor Network" (2005)<br>• Use and discussion related to "Ubiquitous Sensor Network," "ubiquitous," and "USN" in Young Yong Kim, "Research Directions in the Area of USN (Ubiquitous Sensor Network) towards Practical UE |

**Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[3] |
|---|---|---|---|
| | | the circumstances and that is distinct from both conditional events and context aware information"<br><br>"heterogenous sensor networks" should be construed as addressed above. | (Ubiquitous Environments) (2006) (AMZ_KAIFI_00096763). |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

## IV.    THE '001 PATENT

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| 28. | "mobile terminal" (1) | "a mobile electronic device having a user interface for entering and receiving information" | '001 Patent at Fig. 2, Fig. 5, Fig. 7, Fig. 8, 1:16-23, 1:29-64, 3:44-68, 4:20-31, 4:60-64, 7:10-8:66.<br><br>Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI.<br><br>Defendants and/or Dr. Singhose may also rely on one or more of the following:<br><br>• *Mobile*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004);<br><br>• *Mobile computer*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004);<br><br>• *Mobile device*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004);<br><br>• *Terminal*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004); and<br><br>• *Terminal*, MICROSOFT COMPUTER DICTIONARY (5th Ed. 2002). |
| 29. | "user" | "a human being using the | '001 Patent at Fig. 2, Fig. 5, Fig. 7, Fig. 8, 1:16-23, 3:44-68, |

---

[4] Defendants also reserve the right to rely on any information identified in KAIFI's P.R. 4-3 chart or briefs, including intrinsic evidence, extrinsic evidence, expert reports or deposition testimony, or other materials.

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | (8) | location recognition device" | 4:20-31, 4:60-64, 7:10-8:66, claim 11, claim 12. |
| | | | Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| | | | Defendants and/or Dr. Singhose may also rely on one or more of the following: |
| | | | • *User*, DICTIONARY OF COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY (2001); |
| | | | • *User*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004); |
| | | | • *User*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (9th Ed. 2001); and |
| | | | • *End User*, WEBSTER'S NEW WORLD COMPUTER DICTIONARY (9th Ed. 2001). |
| 30. | "measuring a distance to the location recognition tag"<br><br>(1, 8) | "measuring the distance from the mobile terminal to the location recognition tag" (1)<br><br>"measuring the distance from the location recognition device to the location recognition tag" (8) | '001 Patent at Fig. 1, Fig. 3:45-68, 4:17-30, 5:54-65, 7:17-28, 7:62-8:2, 8:14-20. |
| | | | November 20, 2009 Reasons for Allowance; |
| | | | U.S. Patent Application No. 2001/0032880; |
| | | | U.S. Patent Application No. 2004/0032972; and |
| | | | U.S. Patent Application No. 2004/0156541. |
| | | | Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | | | reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 31. | "obtaining location information corresponding to the location recognition tag" (1) "obtaining corresponding location information … of the location recognition tag" (8) | "obtaining location information corresponding to the photographed location recognition tag based on analysis of the image of the tag" | '001 Patent at Fig. 2, Fig. 3, Fig. 5, 4:1-17, 7:29-49, 8:21-40. Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 32. | "obtaining direction information of the photographed location recognition tag" (1) "obtaining [. . .] direction information of the | "using the photograph to determine what direction the tag is facing relative to the camera (i.e., the direction of the surface normal of the location recognition tag)." | '001 Patent at Fig. 1, Fig. 6A, Fig. 6B, 2:15-29, 3:45-65, 4:31-41, 6:50-7:9. November 20, 2009 Reasons for Allowance; U.S. Patent Application No. 2001/0032880; U.S. Patent Application No. 2004/0032972; and U.S. Patent Application No. 2004/0156541. Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | location recognition tag" (8) | | reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| | | | Defendants and/or Dr. Singhose may also rely on one or more of the following: |
| | | | • *Normal*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004) |
| 33. | "offset information" (2) | "the difference in how the location recognition tag appears in the photograph as compared to how it would appear if it directly faced the camera" | '001 Patent at Fig. 1, Fig. 6A, Fig. 6B, 2:15-29, 3:45-57, 4:31-41, 6:50-7:9. |
| | | | November 20, 2009 Reasons for Allowance; |
| | | | U.S. Patent Application No. 2001/0032880; |
| | | | U.S. Patent Application No. 2004/0032972; and |
| | | | U.S. Patent Application No. 2004/0156541. |
| | | | Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 34. | "wherein the location recognition tags are arranged so that a desired precision for using the location | Indefinite. | '001 Patent at Fig. 2, Abstract, 3:55-57, 4:55-60. |
| | | | Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent |

**Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | recognition tags at a predetermined physical area may be achieved" (5) | | claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |
| 35. | "distance measuring unit for measuring a distance to the location recognition tag" (8) | Governed by § 112, ¶ 6. <u>Function</u>: Measuring the distance from the location recognition device to the location recognition tag. <u>Corresponding structure</u>: An auto focusing or active focus mechanism. | '001 Patent at Fig. 1, 3:45-68, 4:17-30, 5:54-65, 7:17-28, 7:62-8:2, 8:14-20. November 20, 2009 Reasons for Allowance; U.S. Patent Application No. 2001/0032880; U.S. Patent Application No. 2004/0032972; and U.S. Patent Application No. 2004/0156541. Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI.  Defendants and/or Dr. Singhose may also rely on one or more of the following: • J.M. Rueger, ELECTRONIC DISTANCE MEASUREMENT (4th Ed. 1996). |
| 36. | "an image analyzing unit for analyzing an image of the location recognition tag processed by the image | Governed by § 112, ¶ 6.; has two functions and corresponding structures/algorithms. <u>Function 1</u>: **Function** analyzing an image of | '001 Patent at Fig. 1, Fig. 2, Fig. 3, Fig. 4, Fig. 5, Fig. 6A, Fig. 6B, 2:15-29, 3:45-65, 4:1-30, 4:31-55, 5:38-53, 6:50-7:9, 7:29-50, 8:21-40. November 20, 2009 Reasons for Allowance; |

**Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

|  | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
|  | photographing unit, and obtaining corresponding location information and direction information of the location recognition tag" (8) | the location recognition tag . . . and obtaining corresponding location ... information of the location recognition tag; and **Corresponding Structure** a general purpose computer such as "mobile terminals having operating functions (e.g., a personal communication system (PCS), a personal digital assistance (PDA), and a cellular phone) or a notebook computer." **Corresponding Algorithm(s)** The system first reads and interprets the barcode of the location recognition tag photographed by the image photographing unit. Although the specific bar code reading algorithm is not disclosed, this requires using a standard bar code reading algorithm that existed at the time of the claimed invention or its equivalent. Next, the system provides the interpreted location information to a tag location information storage unit, which is part of mobile terminal and is | U.S. Patent Application No. 2001/0032880; U.S. Patent Application No. 2004/0032972; and U.S. Patent Application No. 2004/0156541. Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. Defendants and/or Dr. Singhose may also rely on one or more of the following: • *Normal*, WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY (2004) |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | | not part of a location information management server. The system then receives the location coordinate of the location of the barcode, and provides it to the location recognizing unit. Alternatively, if the location recognition tag includes the absolute location coordinate, then that information is used directly.<br><br>Function 2:<br><br>**Function** "using the photograph to determine what direction the tag is facing relative to the camera (i.e., the direction of the surface normal of the location recognition tag)."<br><br>**Corresponding Structure** Same as Function 1.<br>**Corresponding Algorithm** The image analyzing unit performs an edge detection process for the digital image data output from the image photographing unit, recognizes the contour line of the location recognition tag and a slope of the analyzed contour line, and compares the slope to a | |

**Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart**

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | | base line, so as to recognize an offset state. | |
| 37. | "a location recognizing unit for recognizing a user location by using distance information measured by the distance measuring unit, and the location information and the direction information obtained by the image analyzing unit" (8) | Governed by § 112, ¶ 6. Function: Recognizing a user location by using distance information measured by the distance measuring unit, and the location information and the direction information obtained by the image analyzing unit." Corresponding Structure: a general purpose computer such as a personal communication system (PCS), a personal digital assistance (PDA), and a cellular phone) or a notebook computer. Corresponding Algorithm(s): There are two corresponding algorithms in the '001 patent. In the first algorithm, the location recognizing unit (1) receives the absolute location coordinate, the photographing angle, and the information on the distance to the location recognition tag and (2) calculates the current user location by applying the distance information following | '001 Patent at Fig. 4, Fig. 5, 2:15-35, 3:52-65, 4:25-30, 6:5-34, 7:54-8:2, 8:41-66. November 20, 2009 Reasons for Allowance; U.S. Patent Application No. 2001/0032880; U.S. Patent Application No. 2004/0032972; and U.S. Patent Application No. 2004/0156541. Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | | the direction angle to the coordinate information of the location recognition tag. In the second algorithm, the location information of three or more location recognition tags is provided from the image analyzing unit, and distance information on each distance to the three or more location recognition tags is provided from the distance measuring unit. The location recognizing unit then performs a triangulation measuring algorithm in which one or more triangulation points is set, each apex (i.e., each triangulation point) is observed, and a relationship between each angle and each side is calculated. Subsequently, the ratio of respective sides is compared to a distance ratio between the three location recognition tags to calculate an accurate current location. Such a triangulation is based on a characteristic for obtaining a relative location by using some base lines, since the | |

Appendix B:  P.R. 4-3 – Defendants' Joint Claim Construction and Prehearing Chart

| | Term, Phrase, or Clause (Claim) | Defendants' Construction | Defendants' Support[4] |
|---|---|---|---|
| | | number of triangulation points correspond to the real scale at an observing position when there are some base lines. | |
| 38. | "the three or more location recognition tags" (6) | Indefinite | '001 Patent at Fig. 5, 2:30-35, 6:16-34, 8:52-58, Claim 8, Claim 10, Claim 12. Dr. William Singhose may provide testimony regarding how one of ordinary skill in the art at the time of the invention, having reviewed the relevant intrinsic evidence, would have understood the meaning and scope of the term in the context of the patent claims. Dr. Singhose may also address any expert testimony or extrinsic evidence provided by KAIFI. |